JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| MICHAEL P.,<br>      Plaintiff,<br>    v.<br>MARTIN J. O'MALLEY,<br>Commissioner of Social Security,<br>      Respondent. | No. 2:23-cv-04106-VBF-BFM<br><br>**JUDGMENT** |

Pursuant to the Order accepting the Magistrate Judge's Report and Recommendation,

IT IS ADJUDGED that the Commissioner's denial of benefits is reversed, and this matter is remanded, pursuant to sentence four of 42 U.S.C. § 406(g).

DATED: June 17, 2024

/s/ Valerie Baker Fairbank
HON. VALERIE BAKER FAIRBANK
SENIOR UNITED STATES DISTRICT JUDGE